IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**WILLIAM A. JOHNSON,**       *
    Plaintiff
                           *

vs.                            Civil Action No.: AMD 01-3344
                           *

**H.M.S. HOST INTERNATIONAL, INC.,**       *
    Defendant

                           ******

**ORDER**

Plaintiff having failed to serve the summons and complaint upon the above named defendant within 120 days after the filing of the complaint, it is, this 4th day of March, 2002,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendant(s) without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                                        _____
                                                        ANDRE M. DAVIS
                                                       United States District Judge

