IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM A. JOHNSON,**<br>Plaintiff | * | |
| | * | |
| vs. | * | Civil Action No.: AMD 01-3344 |
| **H.M.S. HOST INTERNATIONAL, INC.,**<br>Defendant | * | |
| | ****** | |

### ORDER

Plaintiff having failed to show good cause as to why service of the summons and complaint has not been made upon defendant within 120 days of the filing of the complaint as required by the prior order of this court, it is, this 29th day of March, 2002,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
ANDRE M. DAVIS
United States District Judge

U.S. District Court (Rev. 1/2000)

